NADYA ALICIA FRAGA
7803 MANZANO DR
HOUSTON, TX 77083

FREEDOMPLUS
ATTN: BANKRUPTCY
1875 SOUTH GRANT ST
STE 400
SAN MATEO, CA 94402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MACY'S/ DSNB
ATTN: BANKRUPTCY
9111 DUKE BOULEVARD
MASON, OH 45040

AMEX
PO BOX 981535
EL PASO, TX 79998

METHODIST HOSPITAL
PO BOX 292369
NASHVILLE, TN 37229

BENJAMIN NEUBAUER
125 COUNTRY CLUB DR
PASS CHRISTIAN, MS 39571

MYPSYCH MENTAL HEALTH
8407 BANDERA RD
SAN ANTONIO, TX 78250

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

NISSAN MOTOR ACCEPTANC
POB 660366
DALLAS, TX 75266

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

NMAC
ATTN: BANKRUPTCY
PO BOX 660360
DALLAS, TX 75266

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

COSTCO CITI CARD
ATTN: BANKRUPTCY
PO BOX 6500
SIOUX FALLS, SD 57117

WELLS FARGO BANK
ATTN: BANKRUPTCY
P.O.BOX 393
MINNEAPOLIS, MN 55480

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130