United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                          Case No. 26-51053-KMS

Nadya Alicia Fraga                                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: def | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

**Recip ID                    Recipient Name and Address**
db                    + Nadya Alicia Fraga, 7803 Manzano Dr, Houston, TX 77083-4964

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

**Name                        Email Address**

George Adam Sanford
    trustee@mcraneymcraney.com  MS18@ecfcbis.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Nadya Alicia Fraga trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**CASE NO.:** 26–51053–KMS

Nadya Alicia Fraga
aka Nadya Alicia Fraga Balderas

**CHAPTER** 7

**ORDER AND NOTICE OF DEFICIENCY(S)**
**AND PROPOSED DISMISSAL OF CASE**

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) is required to file schedules, statements, and other documents within fourteen (14) days after filing the above–referenced bankruptcy case ("Bankruptcy Case"). Any motion for an extension of time must demonstrate good cause and be filed on or before the deadline listed below.

For this case to be administered, it is necessary that the Debtor(s) file the following documents:

Aty Disclosure Stmt. due 07/14/2026
Ch 7 Income Form 122A–1 due 07/14/2026
Sum. of Assets and Liabilities due 07/14/2026
Schedules A–J2 due 07/14/2026

**IT IS ORDERED AND ADJUDGED** that if the Debtor(s) fails to file the required documents or fails to file a motion and proposed order requesting an extension of time by **July 14, 2026**, the Court will dismiss the Bankruptcy Case without further notice or hearing.

**Dated: July 1, 2026**

**/s/Katharine M. Samson**
**United States Bankruptcy Judge**

odefntc (1/26)